NATHAN BIJUR, appellant,

*v.*

STANDARD DISTILLING AND DISTRIBUTING COMPANY, respondent.

[Argued March 9th, 1911.   Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 546.*

*Mr. Benjamin N. Cardoza* (of the New York bar), for the appellant.

*Mr. Levy Mayer* (of the Illinois bar), for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—11.

*For reversal*—None.